PER CURIAM.

(No. 73—CC—74)

MT. OLIVET MEMORIAL PARK, LTD., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF PUBLIC AID, Respondent.

*Opinion filed March 2, 1973.*

MT. OLIVET MEMORIAL PARK, LTD., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.